IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CANCELLATION OF LIS PENDENS |
| | ) | |
| Plaintiff, | ) | C/A No. 8:08-1763 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric B. Caldwell, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America does hereby acknowledge that William C. Chapman, was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Newberry County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on May 14, 2008 in Lis Pendens Book 08LP36, at Page 97.

                                        s/Henry F. Floyd
                                        UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

September __17____, 2009